IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 5:14-CR-73(CAR) |
| vs. | : |
| | : VIOLATIONS: |
| ANDREW RHETT EDGY | : 21 U.S.C. § 841(a)(1) |
| | : 21 U.S.C. § 841(b)(1)(A)(viii) |
| | : 21 U.S.C. § 841(b)(1)(C) |
| | : 18 U.S.C. § 924(c)(1)(A) |
| | : 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

## COUNT ONE

### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

On or about June 10, 2014, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**ANDREW RHETT EDGY,**

defendant herein, aided and abetted by others, both known and unknown to the Grand Jury, did knowingly and unlawfully possess with intent to distribute a Schedule II controlled substance, to wit: more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT TWO

### POSSESSION WITH INTENT TO DISTRIBUTE 3, 4-METHYLENEDIOXYMETHCATHINONE HYDOCHLORIDE

That on or about June 10, 2014, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**ANDREW RHETT EDGY**

aided and abetted by others both known and unknown to the Grand Jury, did unlawfully and knowingly possess with intent to distribute a Schedule I controlled substance, to wit: a mixture and substance containing a detectable amount of 3, 4 methylenedioxymethcathinone Hydrochloride, also known as methylone also known as "Molly", in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

### (POSSESSING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME)

On or about June 10, 2014, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**ANDREW RHETT EDGY,**

defendant herein, did knowingly possess a firearm, to-wit: one . KelTec, Model P 11, 9mm pistol, serial number A7Y21, in furtherance of a drug trafficking offense alleged in Counts One and Two of the Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(a)(2).

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
SONJA B. PROFIT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __14th__ day of November, AD 2014.

_____
Deputy Clerk